

FILED _____          _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

FEB - 3 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**

7               **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,       )

9             Plaintiff,     )

10      v.             )    2:15-CR-209-APG-(VCF)

11   MICHAEL JOHN PETERSON,     )

12           Defendant.    )

13              **FINAL ORDER OF FORFEITURE**

14         The United States District Court for the District of Nevada entered a Preliminary Order of

15 Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section

16 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant MICHAEL JOHN PETERSON to the

17 criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations

18 of the Criminal Information and shown by the United States to have the requisite nexus to the offense

19 to which defendant MICHAEL JOHN PETERSON pled guilty. Criminal Information, ECF No. 33;

20 Preliminary Order of Forfeiture, ECF No. 35; Plea Agreement, ECF No. 36; Change of Plea, ECF No.

21 38.

22         This Court finds the United States of America published the notice of forfeiture in accordance

23 with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

24 from July 30, 2015, through August 28, 2015, notifying all potential third parties of their right to

25 petition the Court. Notice of Filing Proof of Publication, ECF No. 41.

26 ///

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2    time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time
4    for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8    32.2(c)(2); and Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States
9    Code, Section 853(n)(7) and shall be disposed of according to law:

10    1.    16 non-commercial discs;
11    2.    SD media card;
12    3.    Hitachi 80GB hard drive (serial #PF1B9BEKV3BEBK);
13    4.    Western Digital 160GB hard drive (serial #WXC208A91020);
14    5.    Maxtor 200GB hard drive (serial #Y62NXVEE);
15    6.    Seagate 500GB hard drive (serial # 60G0BQZS);
16    7.    Seagate 80GB hard drive (serial #5PS1A802);
17    8.    Seagate 1TB hard drive (serial #6VPE2SDY);
18    9.    Western Digital 2110MB hard drive (serial #11S75H747494ZK1A51076548);
19    10.    Western Digital 1.5TB hard drive (serial #WCAZA8144145);
20    11.    Western Digital 1TB hard drive (serial #WCHSJ0860288);
21    12.    36 CD/DVD's;
22    13.    Lenovo computer (serial #ES07471878);
23    14.    Samsung Galaxy cell phone (serial #R25B901363H);
24    15.    Monster power cord w/charger (serial #642U4FAT54);
25    16.    Samsung Galaxy S4 cell phone (model #SPHL72OT);
26    17.    Toshiba external hard drive;

2

18.   1 micro SD media card;

19.   4 USB drives; and

20.   Nintendo 3DS XL (serial #SW401408627).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 3 day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

3